14 So.2d 916

### Herman WEAVER v. STATE.
#### 6 Div. 35.

Court of Appeals of Alabama.
June 30, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

14 So.2d 916

### Herman WEAVER v. STATE.
#### 6 Div. 36.

Court of Appeals of Alabama.
June 30, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

19 So.2d 856

### Norman WHITFIELD v. STATE.
#### 8 Div. 432.

Court of Appeals of Alabama.
Nov. 7, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

18 So.2d 885

### Julian WHITT v. STATE.
#### 7 Div. 780.

Court of Appeals of Alabama.
June 13, 1944.

Roberts & Cunningham, of Gadsden, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 190

### Manuel (alias Emanuel) WHORTON v. STATE.
#### 2 Div. 716.

Court of Appeals of Alabama.
Nov. 16, 1943.

Rehearing Stricken Jan. 11, 1944.

Wm. L. Hogue, of Birmingham, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.